```
                UNITED STATES BANKRUPTCY COURT
                          FOR THE
                 EASTERN DISTRICT OF KENTUCKY
                      COVINGTON DIVISION

IN RE:                              CHAPTER 7
    Leonard A Roe, Jr Aka:          BANKRUPTCY NO. 11-21124-TNW
    Bud A Roe Jr
    Linda Roe
    Debtors
```

**APPEARANCE**

\*   \*   \*   \*   \*   \*

Comes now Justin L. Handshoe of MAPOTHER & MAPOTHER, P.S.C., and enters an appearance on behalf of the Creditor herein, Ford Motor Credit Company LLC, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

```
                         MAPOTHER & MAPOTHER, P.S.C.



                    BY    /s/ Justin L. Handshoe
                          Justin L. Handshoe
                          Counsel for Creditor
                          Mapother & Mapother, P.S.C.
                          815 West Market Street
                          Suite 500
                          Louisville, KY  40202
                          (502)638-4961
```

Y7C ()/11-01556-0

# CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court: debtor's attorney, Jay T Bosken, Attorney at Law, 101 Winding Way Unit H, Covington, KY  41011, debtor, Leonard A Roe, Jr Aka: Bud A Roe Jr, 2236 Dominion Dr, Ft Mitchell, Kentucky 41017, and debtor, Linda Roe 2236 Dominion Dr, Ft Mitchell, Kentucky  41017 and to the Trustee, Lori A. Schlarman, P.O. Box 387, Hebron, KY 41048.

                              MAPOTHER & MAPOTHER, P.S.C.


                         BY:  /s/ Justin L. Handshoe
                              Justin L. Handshoe
                              Counsel for Creditor

Y7C ()/11-01556-0